Timothy J. Carlson, WSBA #11288
CARLSON BOYD & BUSEY PLLC
230 S. 2ND St., Ste 202
Yakima, WA 98908
Phone: 509-834-6611
Email: tcarlson@cbblawfirm.com
Fax: 509-834-6611
Attorneys for Debtor Craig Schultz

The Honorable FRANK L. KURTZ

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

CRAIG R. SCHULTZ,

        Debtor.

Case No. **09-05025-FLK7**

NOTICE OF HEARING RE: OBJECTION TO MOTION OF TRUSTEE FOR ORDER APPROVING AGREEMENT AND EXERCISE OF OPTION

| | |
|---|---|
| TO: | VANNOY CULPEPPER, Chapter 7 Trustee |
| AND TO: | JAMES HURLEY, Attorney for Trustee |
| AND TO: | GARY DYER, U.S. Trustee |
| AND TO: | BRYAN MYRE, Attorney for Robert H. Schultz |
| AND TO: | DUSTIN E. YEAGER, Attorney for Midbro Investments, LLC |
| AND TO: | LAURIN S. SCHWEET, Attorney for Wells Fargo |

Notice of Hearing - 1

**CARLSON BOYD & BUSEY PLLC**
230 S.2ND ST., SUITE 202
YAKIMA, WASHINGTON 98907
PHONE (509) 834-6611

1

09-05025-FLK7    Doc 170    Filed 01/12/11    Entered 01/12/11 14:31:01    Pg 1 of 2

NOTICE IS HEREBY GIVEN that Carlson Boyd & Busey PLLC has filed an Objection to Motion of Trustee for Order Approving Agreement and Exercise of Option as fully described in the declarations of Tom Denlea and of debtor Craig Schultz. A hearing on the Objection to the Motion is scheduled for **Monday, January 24, 2011 at 1:30 p.m.** before Judge Frank L. Kurtz via telephone conference to be initiated by the parties calling (509) 353-3192.

DATED and mailed this 12 day of January, 2010.

_____
Timothy J. Carlson, WSBA #11288
CARLSON BOYD & BUSEY PLLC
Attorneys for Debtor

X:\SCHULTZ, C-21015\Bankruptcy-2009005\Notice of Hearing on 012411.doc

Notice of Hearing - 2

**CARLSON BOYD & BUSEY PLLC**
230 S. 2ND ST., SUITE 202
YAKIMA, WASHINGTON 98907
PHONE (509) 834-6611

2