UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re | ) |
| | ) NO. 09-05025 |
| SCHULTZ, Craig | ) |
| | ) REPORT OF UNCLAIMED FUNDS |
| Debtor(s). | ) |
| | ) |

TO: The Clerk of the Court

The trustee is sending to the Court funds in the amount of $27,288 which were unclaimed by the following creditors. These funds represent attorney's fees for services rendered to the bankruptcy estate by James Hurley. A request for application of allowance of administrative expenses and interim disbursements was made to the court on July 9, 2012 (docket #420) and the master mailing list was notified of the request for payment of these fees. No objection was filed to this allowance of administrative expenses; however, no application for payment of these fees has been submitted to the court. Accordingly, no order approving the fees has been entered. All other disbursements have been made and the Trustee is ready to close this case. Accordingly, these funds should be turned over to the Clerk of the Court pending an application and order approving said fees. The creditor to which these funds are entitled is:

James P. Hurley                    $27,288.00
411 N. 2nd Street
Yakima, WA 98901

DATED: 10/28/14

_____
VanNoy Culpepper, Trustee
3908 Creekside Loop #125
Yakima, WA 98902
509-457-2490

*Report of Unclaimed Funds*