February 1, 2021

US Bankruptcy Court
Eastern District of Washington
PO Box 2164
Spokane, WA 99201

    RE:    Craig R. Schultz – Chapter 7 | Case No. 09-05025
            Application for unclaimed funds
            Unclaimed funds - $27,288.00

    My name is Ronda Winfield and I am the owner of Aaberg Asset Locators LLC in Bellevue Washington and I am the Successor Claimant for the above-mentioned matter. I am enclosing to you the following:

- Application for Payment of unclaimed funds
- Statement of Authority
- Assignment and Limited Power of Attorney
- Affidavit of Authenticating a Photo ID
- Proposed Order

I am kindly asking you to review this application for processing. Please let me know if any additional requirements are needed.

Regards,

Ronda Winfield
Aaberg Asset Locators LLC
ronda@aabergassetlocators.com
206.659.1608


Enc.
CC: US Attorney for District of Washington

Aaberg Asset Locators LLC
12819 SE 38th St. #132
aabergassetlocators.com

## NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, Craig R. Schultz ("Assignor"), herby, assigns, conveys and transfers over and unto Aaberg Asset Locators LLC ("Assignee"), any and all right, title and interest in and to the below referenced funds.

The Assigned funds:

Debtor: Debtor(s) name: **Craig R. Schultz**
Court: **United States Washington Eastern Bankruptcy Court**
Case Number: **09-05025**
Chapter: **7**
Unclaimed Amount: **$27,288.00 amount of unclaimed funds with court**
Purchase Price: **$19,101.16 amount you are returning to debtor minus your fees**

FUNDS ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENATIONS WHATSOEVER, EXCPET AS EXPRESSLY PROVIDED IN THE ASSINGMENT AGREEMENT INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Monday, February 1, 2021.

Craig R. Schultz
Name

_____
Signature

Telephone: 509.945.0829

Email: photoguy1954@yahoo.com

Aaberg Asset Locators LLC

Name: Ronda Winfield
Phone: 206.659.1608
Email: ronda@aabergassetlocators.com

The Assigned Funds:

**Debtor; Debtor(s) name: Craig R. Schultz**
**Court: United States Washington Eastern Bankruptcy Court**
**Case Number: 09-05025**
**Chapter: 7**
Unclaimed Amount: $27,288.00 amount of unclaimed funds with court
Purchase Price: $19,101.16 amount you are returning to debtor minus your fees

FUNDS ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATI[ONS] WHATSOEVER, EXCPET AS EXPRESSLY PROVIDED IN THE ASSINGMENT AGREEMENT INCLUDING, WITH[OUT] LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be exec[uted] as of the Monday, February 1, 2021.

Craig R. Schultz
Name
_[signature: Craig Schultz]_
Signature
Telephone: 509.945.0829
Email: photoguy1954@yahoo.com

<u>Aaberg Asset Locators LLC</u>
Name: Ronda Winfield
Phone: 206.659.1608
Email: ronda@aabergassetlocators.com

# AABERG ASSET LOCATOR LLC
Asset Locator | Funds Finder

PHONE: _____ | EMAIL: _____

## *Beneficiary | Locator Agreement*

This Agreement is made as of the date of last signature below, by and between <u>Aaberg Asset Locators LLC</u> ("the Company"), and <u>Craig R. Schultz</u> ("Client 1") _____ ("Client 2").

### The Agreement is made subject to the following facts and circumstances:

Company is in the business of assisting individuals to locate potential unclaimed funds following a foreclosure. Client has voluntarily invited Company to consult with Client regarding Client's options, and has given Company permission to contact and communicate with Client in person, by telephone, or by other electronic means.

**TERMS:**

Client authorizes Company to locate, and prepare the necessary required paperwork for any unclaimed funds that Client may be entitled to from mortgage lenders, government agencies, and other parties. Client further authorizes Company to introduce Client to a law firm for the legal assistance needed, and further agrees that such law firm may contact and communicate with Client in person, by telephone, or other electronic means.

**COMPENSATION:**

Client agrees to pay Company **30%** of any amounts recovered by the Client.
Client and Company agree that any law firm working with Client may pay the **30%** directly to Company, upon being presented with this fully executed Agreement. The Company and Client may have funds deposited into an escrow account to which both Client and Company may access.
Client understands that the law firm may charge its own fees for legal services provided.

**GENERAL PROVISIONS:**

- This Agreement will be governed by and under the laws of the state of <u>Washington</u>.
- This Agreement is binding upon all heirs, assigns and successors-in-interest.

Dated: <u>1/29/2021</u>   By: *Ronda Winfield*
                              Ronda Winfield | Investigator

The above is understood and agreed to by me. _____ (Initial))

Dated: <u>1/29/2021</u>   By: <u>Criag R. Schultz</u>   Signature: *Craig Schultz*
                              Printed Name:

Dated: _____   By: _____   Signature: _____
                              Printed Name:

# DURABLE FINANCIAL POWER OF ATTORNEY

I, Craig R. Schultz of 80590 Avenida San Fernando, Indio, California, 92203 (hereinafter known as the "Principal"), **HEREBY DESIGNATE** Ronda Winfield of 12819 SE 38th St., Unit 132, BELLEVUE, Washington, 98006-2036, (hereinafter known as the "Agent"), to act as the Agent for the Principal's benefit, and shall exercise powers in the Principal's best interest and general welfare, as a fiduciary.

## APPOINTMENT OF ALTERNATE AGENT

There shall be no other individuals authorized to make financial decisions on the Principal's behalf.

**THE PRINCIPAL DELEGATES THE FOLLOWING POWERS TO THE AGENT**

(The Principal must **Initial** in the preceding space to all the powers (**IN BOLD**) if either granted or negated)

_CS_ **BANKING** - The Agent SHALL NOT have access to any of the Principal's bank accounts or be able to write checks that withdraw from any account under the Principal's ownership. Furthermore, the Agent shall not have access to any financial account where funds are located and in the Principal's name, personal or business related.

_CS_ **BUSINESS INTEREST** - The Agent SHALL NOT have the power to operate, buy, or sell any business entity that the Principal owns a portion of or entirely.

_CS_ **SAFE DEPOSIT BOX** - The Agent SHALL NOT have access to any Safe Deposit boxes rented by the Principal or any that they may have access.

_CS_ **STOCKS AND BONDS** - The Agent SHALL NOT have the right to buy, sell, or exchange the Principal's stocks and/or bonds.

_CS_ **COMMODITIES AND OPTIONS** - The Agent SHALL NOT have the power to buy, sell, exchange, assign, settle, and exercise commodity futures contracts and call or put options on stocks or stock indexes traded on a regulated option exchange; and establish, continue, modify, and terminate option accounts on behalf of the Principal.

Page 1

__C S__ **CLAIMS AND LITIGATION** - The Agent SHALL NOT have power over any of the Principal's litigations and/or claims.

__C S__ **LENDING & BORROWING** - The Agent SHALL NOT have the right to make any type of loan, promissory note, borrow money, mortgage (for collateral or security for payment) in the Principal's name. In addition, the Agent shall not be able to use any of the Principal's property, real or personal, as security or collateral for any loan or promissory note.

__C S__ **GOVERNMENT BENEFITS** - The Agent SHALL NOT have access to any Government Benefits the Principal has or may be entitled to including but not limited to Social Security, Medicare, Medicaid, and Military Service related.

__C S__ **RETIREMENT PLANS** - The Agent SHALL NOT have the power to contribute to, select payment option of, roll-over, and receive benefits of any retirement plan or IRA the Principal owns or has interest. Furthermore, the Agent shall not have power to change the beneficiary of any of the Principal's retirement plans or IRAs.

__C S__ **TAXES** - The Agent SHALL NOT have the power to: complete or sign any local, state, or federal tax return on the Principal's behalf; to pay taxes or assessments due; receive credits/refunds owed to the Principal; and sign any tax agency documents.

__C S__ **INSURANCE AND ANNUITIES** - The Agent SHALL NOT have any powers over any insurance policy or annuity that is under the Principal's control or interest.

__C S__ **ESTATES, TRUSTS, AND OTHER BENEFICIAL INTERESTS** - The Agent SHALL NOT have any powers over the Principal's Estates, Trusts, and other Beneficial Interests.

__C S__ **REAL ESTATE** - The Agent SHALL NOT have the power to acquire, purchase, exchange, lease, grant options to sell, and sell and convey real property, or any interests therein, on such terms and conditions, including credit arrangements, on behalf of the Principal.

__C S__ **PERSONAL PROPERTY** - The Agent SHALL NOT have the power, on behalf of the Principal, to acquire, purchase, exchange, lease, grant options to sell, and sell and convey personal property, or any interests therein.

__C S__ **PERSONAL & FAMILY MAINTENANCE** - The Agent SHALL NOT have the Power, on the Principal's behalf, to assist in handling any of their family obligations whatsoever.

**C S** **GIFTS** - The Agent SHALL NOT have the power to make gifts of any kind on the Principal's behalf.

**C S** **SPECIAL INSTRUCTIONS** - In addition to the above-stated powers, the Principal authorizes the Agent to the following special instructions: Act on Principal's behalf in submitting required documents to the court, to file for unclaimed property.

**EFFECTIVE DATE**

This power of attorney shall begin:

**(Initial)**

**C S** - Immediately upon the execution of this document. These powers shall not be affected by any subsequent disability or incapacity the Principal may experience in the future.

**AUTHORITY OF AGENT**

Any party dealing with the Agent hereunder may rely absolutely on the authority granted herein and need not look to the application of any proceeds nor the authority of the Agent as to any action taken hereunder. In this regard, no person who may in good faith act in reliance upon the representations of the Agent or the authority granted hereunder shall incur any liability to the Principal or their estate as a result of such act. The Principal hereby ratify and confirm whatever the Agent shall lawfully do under this instrument. The Agent is authorized as he or she deems necessary to bring an action in court so that this instrument shall be given the full power and effect that the Principal intends on by executing it.

**LIABILITY OF AGENT**

The Agent shall not incur any liability to the Principal under this power except for a breach of fiduciary duty.

**REIMBURSEMENT AND COMPENSATION**

The Agent is not entitled to any reimbursement for reasonable expenses incurred in exercising the powers hereunder. In addition, the Agent shall be entitled to reasonable compensation for their duties as Agent.

## AMENDMENT AND REVOCATION

The Principal can amend or revoke this power of attorney at any time, if the Principal is not incapacitated, by a document delivered to the Agent. Any amendment or revocation is ineffective as to a third party until such third party has notice of such revocation or amendment.

This power of attorney hereby revokes any and all financial powers of attorney the Principal may have executed in the past.

## STATE LAW

This power of attorney is governed by the laws of the State of Washington. Unless the Principal specifically limits the period of time that this power of attorney will be in effect, the Agent may exercise the powers given to him or her after (s)he becomes incapacitated. A court, however, can take away the powers of the Agent if it finds that the Agent is not acting properly. The Principal may also revoke this power of attorney at their desire. This power of attorney does not authorize the Agent to appear in court for the Principal as an attorney-at-law or otherwise to engage in the practice of law unless he or she is a licensed attorney who is authorized to practice law in Washington.

## PHOTOCOPIES

Photocopies of this document can be relied upon as though they were originals.

IN WITNESS WHEREOF, I executed this power of attorney on  JAN 29 2021
20____ in the presence of a notary public.

**Principal's Signature** _Craig R. Schultz_
Craig R. Schultz

Page 4

# NOTARY ACKNOWLEDGMENT

STATE OF California

Riverside County, ss.

On this 29th day of January, 2021, before me appeared Craig R. Schultz, as Principal of this power of attorney who proved to me through government-issued photo identification to be the above-named person, in my presence executed this foregoing instrument and acknowledged that (s)he executed the same as his/her own free act and deed.

_____
Notary Public

[Seal: J. VALENZUELA LOPEZ, COMM. # 2246715, NOTARY PUBLIC - CALIFORNIA, RIVERSIDE COUNTY, My Comm. Exp. JUNE 18, 2022]

SEAL

My commission expires: June 18 2022

# AGENT'S CERTIFICATION AND ACCEPTANCE OF AUTHORITY

I, Ronda Winfield, certify that the attached is a true copy of a power of attorney naming the undersigned as Agent for Craig R. Schultz. I certify that to the best of my knowledge the Principal had the capacity to execute the power of attorney, is alive, and has not revoked the power of attorney; that my powers as Agent have not been altered or terminated; and that the power of attorney remains in full force and effect.

I accept appointment as Agent under this power of attorney.

This certification and acceptance is made under penalty of perjury.

**Agent's Signature** *(signed)* Ronda Winfield

Ronda Winfield of 12819 SE 38th St., Unit 132, BELLEVUE, Washington, 98006-2036.

State of Washington
County of __King__

I certify that I know or have satisfactory evidence that __Ronda Winfield__ is the person who appeared before me, and said person acknowledged that (he/she) signed this instrument and acknowledged it to be (his/her) free and voluntary act for the uses and purposes mentioned in the instrument.

Dated: 02/02/2021

(Signature) *Haley Schaening*
(Printed name) __Notary__
Title
My appointment expires July 18th, 2022

HALEY SCHAENING
NOTARY PUBLIC
STATE OF WASHINGTON
License Number 202047
My Commission Expires July 18, 2022

# AFFIDAVIT OF
## PHOTO IDENTIFICATION AUTHENTICITY

I, <u>Ronda Winfield</u>, Owner of <u>Aaberg Asset Locators</u>, LLC, hereby certify that the below proof of identification is a true and accurate duplicate of the original.

Date: February 2, 2021

_____, owner

12819 SE 38th St. #132
Bellevue, WA 98006
aabergassetlocators.com
ronda@aabergassetlocators.com

On 02/02/2021 before me, Haley Schaening, personally appeared, personally known to me to be the person whose name is subscribed to be within the instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal this 2nd day of February.

20 21, in the County of King, State of Washington.

_____
Signature of Notary Public
Date Commission Expires: July 18th, 2022

**HALEY SCHAENING**
**NOTARY PUBLIC**
**STATE OF WASHINGTON**
License Number 202047
My Commission Expires July 18, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re ) 
 ) NO. 09-05025
SCHULTZ, Craig )
 )
 ) REPORT OF UNCLAIMED FUNDS
Debtor(s). )
 )

TO: The Clerk of the Court

The trustee is sending to the Court funds in the amount of $27,288 which were unclaimed by the following creditors. These funds represent attorney's fees for services rendered to the bankruptcy estate by James Hurley. A request for application of allowance of administrative expenses and interim disbursements was made to the court on July 9, 2012 (docket #420) and the master mailing list was notified of the request for payment of these fees. No objection was filed to this allowance of administrative expenses; however, no application for payment of these fees has been submitted to the court. Accordingly, no order approving the fees has been entered. All other disbursements have been made and the Trustee is ready to close this case. Accordingly, these funds should be turned over to the Clerk of the Court pending an application and order approving said fees. The creditor to which these funds are entitled is:

James P. Hurley          $27,288.00
411 N. 2nd Street
Yakima, WA 98901

DATED: 10/28/14

VanNoy Culpepper, Trustee
3908 Creekside Loop #125
Yakima, WA 98902
509-457-2490



**Coachella Valley Water District**
PO BOX 5000
COACHELLA, CA 92236-5000
(760) 391-9600; www.cvwd.org
TEMP-RETURN SERVICE REQUESTED

Account Number
Service Address

Total Amount Due
Current Charges Due b

AMOUNT INCLUDED

Bill date: 12/11/19; Cycle: 01-81

CUB1211A   523 1 AV 0.383
7000000523  00.0002.0127 523/1

SCHULTZ, CRAIG
80590 AVENIDA SAN FERNANDO
INDIO CA 92203-7526

COACHELLA VALLEY
PO BOX 5000
COACHELLA, CA 922

Please return this top stub with your payment. Make checks payable to CVWD

## BILL DETAIL

| | | |
|---|---|---|
| Your Water Budget for This Period | 14 CCF | 10472 gallons |
| Water Use This Period | 6 CCF | 4488 gallons |
| Estimated Budget for Next Period* | 13 CCF | 9724 gallons |
| Estimated Budget for Following Period* | 13 CCF | 9724 gallons |
| Previous Bill | | 15.55 |
| Total Payments | | -15.55 |
| Adjustment & Credits | | 0.00 |
| Previous Balance | | 0.00 |
| Indio Service Fee | 6.00 @ $0.052 | 0.31 |
| Indio Utility Fee | | 0.35 |
| Tier 1 Charge | 6.00 @ $0.980 | 5.88 |
| Water Service Charge | | 7.92 |
| Current Charges | | 14.46 |
| Total Amount Due by 12/26/19 | | 14.46 |

ACCOUN
Customer Name
Service Address
Account Number
Rate Class
Billing Date

METER REA
Days in Billing Cycle
Average Daily Consumpt
Average Daily Consumpt
Meter # 5274555-1 Readin
Previous Reading on 11/

WATER

## IMPORTANT MESSAGE

09-05025-WLH7   Doc 521-1   Filed 02/08/21   Entered 02/09/21 15:41:35   Pg 13 of 13