| Fill in this Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **CRAIG** | **R.** | **SCHULTZ** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Washington
(State)

Case number: 09-05025

---

Form 1340 (12/19)

**APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $ 27,288.00 |
|---|---|
| Claimant's Name: | LAW OFFICE OF ALAN B HODISH, Llc as assignee to James Hurley |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 411 N 2nd St<br>Yakima WA 98901<br>US |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☑ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☑ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Notice to United States Attorney

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
__Eastern__ District of __Washington__
920 W Riverside Ave. #300
Spokane, WA 99201

### 5. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 10th July 2023

_Alan Hodish_
Signature of Applicant

ALAN HODISH, Managing Member
Printed Name of Applicant

Address: 170 Old Country Rd,
Mineola, NY 11501

Telephone: (914)500-8872

Email: Jameshurley4@gmail.com

### 5. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 

Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable)

Address:

Telephone:

Email:

### 6. Notarization

STATE OF __NY__

COUNTY OF __Nassau__

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this __10__ day of __July__, 20__23__ by

_____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public _Jane Croft_

My commission expires:
9/31/2027

### 6. Notarization

STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of _____, 20____ by

_____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public _____

My commission expires:

| Fill in this Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **CRAIG R. SCHULTZ** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: Eastern District of Washington (State) | | |
| Case number: 09-05025 | | |

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $ 27,288.00 |
|---|---|
| Claimant's Name: | LAW OFFICE OF ALAN B HODISH, Llc as assignee to James Hurley |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 411 N 2nd St<br>Yakima WA 98901<br>US |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☑ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☑ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Notice to United States Attorney

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
__Eastern__ District of __Washington__
920 W Riverside Ave. #300
Spokane, WA 99201

---

### 5. Applicant Declaration
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 10th July 2023

_Signature: Alan Hodish_

Signature of Applicant

**ALAN HODISH, Managing Member**

Printed Name of Applicant

Address: 170 Old Country Rd, Mineola, NY 11501

Telephone: (914)500-8872

Email: Jameshurley4@gmail.com

### 5. Co-Applicant Declaration (if applicable)
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable)

Address: _____

Telephone: _____

Email: _____

---

### 6. Notarization
STATE OF __NY__
COUNTY OF __Nassau__

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this __10__ day of __July__, 20__23__ by

_____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public _Wendy Slutzkin_

My commission expires: 9/31/2027

### 6. Notarization
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of _____, 20____ by

_____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public _____

My commission expires: _____

*[Notary seal: STATE OF NEW YORK, NOTARY, WENDY SLUTZKIN, COMMISSION #02SL...., EXPIRES 09.31.27]*

Form 1340    Application for Payment of Unclaimed Funds    Page 2

09-05025-WLH7    Doc 542    Filed 07/20/23    Entered 07/20/23 13:41:06    Pg 4 of 14

July 12, 2023

U.S. Bankruptcy Court
POB 2164, Spokane, WA, 99210-2164.

    RE:    James Hurley -Ch 7 Case- 09-05025
            Applicant for unclaimed funds
            Unclaimed funds- $27,288.00

    My name is Alan Hodish and I'm the owner of Law office of alan b hodish, Llc in New York and I am the successor claimant for the above-mentioned matter. I am enclosing to you the application for payment of unclaimed funds and the supporting documents.
    I'm kindly asking you to review this application for processing and please let me know if any additional documents are needed.

            Regards,

            Alan Hodish
            Law office of alan b hodish, Llc
            lawofficeofalan.b.hodishllc@gmail.com


Enclosures
CC: Office of the United States Attorney Eastern District Washington

July 12, 2023

U.S. Bankruptcy Court
POB 2164, Spokane, WA, 99210-2164.

RE:   James Hurley -Ch 7 Case- 09-05025
      Applicant for unclaimed funds
      Unclaimed funds- $27,288.00

My name is **Alan Hodish** and I'm the owner of Law office of alan b hodish, Llc in New York and I am the successor claimant for the above-mentioned matter. I am enclosing to you the application for payment of unclaimed funds and the supporting documents.

I'm kindly asking you to review this application for processing and please let me know if any additional documents are needed.

Regards,

Alan Hodish
Law office of alan b hodish, Llc
lawofficeofalan.b.hodishllc@gmail.com

Enclosures
CC: Office of the United States Attorney Eastern District Washington

LAW OFFICE OF ALAN B HODISH, Llc
666 OLD COUNTRY RD STE 412
GARDEN CITY NY 11530

## ASSIGNMENT OF INTEREST IN UNCLAIMED FUNDS

THIS AGREEMENT entered into this 6 <sup>th</sup> day of JULY, 2023 by and between ALAN HODISH, Managing Member of LAW OFFICE OF ALAN B HODISH LLC , (hereinafter referred to as "Assignee" ) and whos current address is 411 N 2nd St Yakima WA 98901 and James Hurley
(hereinafter referred to individually as "Assignor") & whose current address 411 N 2nd St Yakima WA,98901

WHEREAS there has been a filing of a bankruptcy case and real estate property was sold or unclaimed funds remain due to a non-exemption, or a creditor claim. The Assignor believes she has a right to the Unclaimed funds.

WHEREAS, Assignee agrees to pay all fees, and costs incurred for and related to the recovery of the Unclaimed funds ONLY if proceeds are collected.

THEREFORE, Assignor and Assignee do hereby covenant, promise, and agree as follows:

1. Conveyance. Assignor does hereby convey, transfers and assigns any and all rights, title, interest, and claims, including but not limited to, all statutory rights to any Unclaimed funds resulting from the bankruptcy case located at:

   United States Bankruptcy Court Eastern District of Washington
   Debtor-CRAIG R. SCHULTZ
   Chapter 13
   Case no. 09-05025

2. Rights Given. By this Assignment, the Assignor assigns to the Assignee the right to bring any action, application or otherwise to enforce collection or release of the Unclaimed funds, including any and all interest that may accrue, and attorney's fees and costs pursuant any available law or rule, and Assignee assigns the right to obtain any order in Assignor's name and to receive payment of the Unclaimed funds in Assignors' name.

3. Collection of Surplus funds. Assignee hereby agrees to attempt within the best of its abilities to collect the Unclaimed funds. If Assignee collects any Unclaimed funds, Assignee shall pay Assignor the remaining balance after subtracting all service fees.

4. Fees.
    a. LAW OFFICE OF ALAN B HODISH, Llc fees are $1500 of the unclaimed fund balance recovered.

5. Confidentiality and Exclusivity. Assignor and Assignee agree they will not release any information regarding this agreement to anyone except as required by law. Assignor also agrees that they will not sign any agreement with any other person or entity for the recovery of Unclaimed funds.

6. Representation of Assignor. The assignor represents and states that: a) the case was filed b) The Trustee issued funds into the court registry to Assignor; c) everything represented by the Assignor is true and correct; and, d) Assignor is the person entitled to the Surplus funds; e) Assignor will cooperate fully with Assignee and her efforts to obtain the funds, and will do nothing to hinder them; f) That should the Surplus funds prove unobtainable for any reason, Assignor owes nothing.

7. Representation of Assignee. Assignee represents it will use its best effort to recover the greatest amount of surplus funds allowed by law. Assignee does not, however, promise that it will be able to recover the surplus funds. Assignee will act in accordance with all applicable laws.

THIS IS AN IMPORTANT, LEGAL AND BINDING DOCUMENT. DO NOT SIGN THIS ASSIGNMENT UNLESS YOU COMPLETELY UNDERSTAND IT.

*James Hurley*
James Hurley
*James Hurley*
Signature
Telephone 304-628-0121
Email: James.hurley@gmail.com

LAW OFFICE OF ALAN B HODISH, Llc

By: ALAN HODISH, Managing Member
Phone: (914)500-8872
Email: lawofficeofalan.b.hodishllc@gmail.com

- Confidentiality and Exclusivity. Assignor and Assignee agree they will not release any information regarding this agreement to anyone except as required by law. Assignors also agree that they will not sign any agreement with any other person or entity for the recovery of Unclaimed funds.

- Representation of Assignor. The assignor represent and state that: a) the case was filed b) The Trustee issued funds into the court registry to Assignor; c) everything represented by the Assignors is true and correct; and, d) Assignor is the person entitled to the Surplus funds; e) Assignors will cooperate fully with Assignee and her efforts to obtain the funds, and will do nothing to hinder them; f) That should the Surplus funds prove unobtainable for any reason, Assignor owes nothing.

7.  Representation of Assignee. Assignee represents it will use its best effort to recover the greatest amount of surplus funds allowed by law. Assignee does not, however, promise that it will be able to recover the surplus funds. Assignee will act in accordance with all applicable laws.

THIS IS AN IMPORTANT, LEGAL AND BINDING DOCUMENT. DO NOT SIGN THIS ASSIGNMENT UNLESS YOU COMPLETELY UNDERSTAND IT.

James Hurley

Signature *James Hurley*
Telephone 304-628-0121
Email: james.hurley@gmail.com

LAW OFFICE OF ALAN B HODISH LLC

By: ALAN HODISH Managing Member
Email: lawofficeofalan.b.hodishllc@gmail.com

LIMITED POWER OF ATTORNEY

I, James Hurley hereby appoint input company name here, a New York limited liability company, and ALAN HODISH , its Managing Member, (the "Company")as my lawful attorney and Agent (the "Agent") for me and in my name and stead, and for my use and benefit to claim Assets held for me by the United States Bankruptcy Court Eastern District of Washington (the

"Assets"), giving and granting unto the Company, my said attorney in fact and Agent, full authority and power to exercise or perform any act, power, duty, right or obligation whatsoever that I now have or may hereafter acquire, relating to the Assets as fully as I might or could do if personally present, including but not limited to any request by the Company as my Agent or the
Company's Attorney-at-Law to the then holder of the Assets for the direct transmission to and receipt of the Assets paid to the Company and later disbursement to me in accordance with the outstanding Agreement between the Agent and me.

This Power of Attorney will cease twelve (12) months from date hereof.

IN WITNESS WHEREOF, I have signed this Power of Attorney this 6th day of
2023 and I direct that photographic copies of this Limited Power of Attorney be made, which shall have the same force and effect as an original.

*James Hurley* Signed this           day of   20   .

                                        James Hurley

SUBSCRIBED AND SWORN TO BEFORE ME this           day of

20   .

County of   Yakima

State of   WA


                                                Notary      Public
Date of Commission Expires: 9/31/2027    *Jane Croft*



LAW OFFICE OF ALAN B HODISH LLC
666 OLD COUNTRY RD STE 412 GARDEN CITY, NY 11530
<u>ASSIGNMENT OF INTEREST IN UNCLAIMED FUNDS</u>

THIS AGREEMENT entered into this 5th day of <u>January, 2023</u> by and between <u>ALAN HODISH, Managing Member of Law office of alan b hodish</u> (hereinafter referred to as "Assignee" ) and whose current address is 666 OLD COUNTRY RD STE 412 GARDEN CITY NY 11530 and
James Hurley,
(hereinafter referred to individually as "Assignor") and whose current address 411 N 2nd St

Yakima WA 98901

WHEREAS there has been a filing of a bankruptcy case and real estate property was sold or unclaimed funds remain due to a non-exemption, or a creditor claim. The Assignor believes she has a right to the Unclaimed funds.

WHEREAS, Assignee agrees to pay all fees, and costs incurred for and related to the recovery of the Unclaimed funds ONLY if proceeds are collected.

THEREFORE, Assignor and Assignee do hereby covenant, promise, and agree as follows:

- Conveyance. Assignor does hereby convey, transfers and assigns any and all rights, title, interest, and claims, including but not limited to, all statutory rights to any Unclaimed funds resulting from the bankruptcy case located at:

    United States Bankruptcy Court Eastern District of Washington
    Debtor- CRAIG R. SCHULTZ
    Chapter 13
    Case no. 09-05025

- Rights Given. By this Assignment, the Assignor assigns to the Assignee the right to bring any action, application or otherwise to enforce collection or release of the Unclaimed funds, including any and all interest that may accrue, and attorney's fees and costs pursuant any available law or rule, and Assignee assigns the right to obtain any order in Assignor's name and to receive payment of the Unclaimed funds in Assignors' name.

- Collection of Surplus funds. Assignee hereby agrees to attempt within the best of its abilities to collect the Unclaimed funds. If Assignee collects any Unclaimed funds, Assignee shall pay Assignor the remaining balance after subtracting all service fees.
- Fees. Law office of alan b hodish fees are 30% of the unclaimed fund balance recovered.

- Confidentiality and Exclusivity. Assignor and Assignee agree they will not release any information regarding this agreement to anyone except as required by law. Assignors also agree that they will not sign any agreement with any other person or entity for the recovery of Unclaimed funds.

- Representation of Assignor. The assignor represent and state that: a) the case was filed b) The Trustee issued funds into the court registry to Assignor; c) everything represented by the Assignors is true and correct; and, d) Assignor is the person entitled to the Surplus funds; e) Assignors will cooperate fully with Assignee and her efforts to obtain the funds, and will do nothing to hinder them; f) That should the Surplus funds prove unobtainable for any reason, Assignor owes nothing.

7. Representation of Assignee. Assignee represents it will use its best effort to recover the greatest amount of surplus funds allowed by law. Assignee does not, however, promise that it will be able to recover the surplus funds. Assignee will act in accordance with all applicable laws.

THIS IS AN IMPORTANT, LEGAL AND BINDING DOCUMENT. DO NOT SIGN THIS ASSIGNMENT UNLESS YOU COMPLETELY UNDERSTAND IT.

James Hurley

Signature *James Hurley*

Telephone 304-628-0121

Email: james.hurley@gmail.com

LAW OFFICE OF ALAN B HODISH LLC

By: ALAN HODISH Managing Member
Email: lawofficeofalan.b.hodishllc@gmail.com

## LIMITED POWER OF ATTORNEY

I, James Hurley hereby appoint input company name here, a New York limited liability company, and ALAN HODISH , its Managing Member, (the "Company")as my lawful attorney and Agent (the "Agent") for me and in my name and stead, and for my use and benefit to claim Assets held for me by the United States Bankruptcy Court Eastern District of California (the

"Assets"), giving and granting unto the Company, my said attorney in fact and Agent, full authority and power to exercise or perform any act, power, duty, right or obligation whatsoever that I now have or may hereafter acquire, relating to the Assets as fully as I might or could do if personally present, including but not limited to any request by the Company as my Agent or the

Company's Attorney-at-Law to the then holder of the Assets for the direct transmission to and receipt of the Assets paid to the Company and later disbursement to me in accordance with the outstanding Agreement between the Agent and me.

This Power of Attorney will cease twelve (12) months from date hereof.

IN WITNESS WHEREOF, I have signed this Power of Attorney this 6th day of 2023 and I direct that photographic copies of this Limited Power of Attorney be made, which shall have the same force and effect as an original.

*James Hurley* Signed this         day of   20   .

James Hurley

SUBSCRIBED AND SWORN TO BEFORE ME this         day of

20   .

County of   Yakima

State of   WA

Date of Commission Expires:

9/31/2027

Notary   Public

*Wendy Shatzkin*

# LAW OFFICE OF ALAN B HODISH, LLC
## Certificate of LLC Resolution

The undersigned Owner of law office of alan b hodish, an LLC duly organized under the law of New York ( hereinafter, the LLC), hereby certify that the following resolution were duly adopted by said owner of the LLC on 10th July 2023 and that such resolutions have not been modified or rescinded as of the date hereof:

RESOLVED, that James Hurley is hereby authorized and directed for and on behalf of the LLC to execute all the legal documents as approved by him as being in the best interest of the LLC; and to take any all further actions which maybe necessary or appropriate to commence and complete said construction in such a manner as being, in his opinion, in the best interest of the LLC.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of the 10th day of July2023

_/s/ Alan Hodish_
ALAN HODISH

Date: ___10th July 2023___

SUBSCRIBED AND SWORN TO BEFORE ME this _10_ day of _July_ 20_23_, in the county of _Nassau_, State of _New York_

_/s/ Jane Croft_
Signature of Notary Public

Date Commission Expires: _9/31/2027_

